UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT ASHLUND,                                           Civil No. 3:17-cv-65 (JBA)
    *Plaintiff,*

v.

I.C. SYSTEM, INC.,                                         July 18, 2018
    *Defendant.*

## JUDGMENT

This matter came on for consideration on the Plaintiff's Motion for Summary Judgment [Doc. #69] and the Defendant's Motion for Summary Judgment [Doc. #73] before the Honorable Janet Bond Arterton, United States District Judge. The Court reviewed all of the papers filed in conjunction with the motions and on July 17, 2018 entered a Ruling [Doc. #94] DENYING Plaintiff's Motion and GRANTING Defendant's Motion.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendant and the case is closed.

Dated at New Haven, Connecticut, this 18th day of July, 2018.

                                                      ROBIN D. TABORA, Clerk

                                                      By_____/s/_____
                                                         Breigh Freberg, Deputy Clerk

EOD: July 18, 2018